TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00124-JAD-GWF |
| *Plaintiff,* | **ORDER ON STIPULATION** |
| v. | |
| LESLIE BRASS, | ECF No. 278 |
| *Defendant.* | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **March 18, 2019**, at the hour of 10:00 a.m., be vacated and continued to May 14, 2019, at the hour of 10:00 a.m.

DATED: 3/13/2019

_____
UNITED STATES DISTRICT JUDGE

- 3-