**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant Leslie Brass*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00124-JAD-GWF |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (Fourth Request) |
| v. | |
| LESLIE BRASS, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Robert Knief, United States Attorney, LESLIE BRASS, by and through her attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **May 14, 2019**, at the hour of 11:00 a.m., be vacated and continued to a time convenient for the Court after **August 1, 2019**.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Ms. Brass is currently in the hospital following a medical procedure. Her current and future medical condition is yet to be determined. The undersigned is gathering records concerning the same.

2. Ms. Brass is out of custody and does not object to this continuance.

3. The additional time requested herein is not sought for purposes of delay.

- 1 -

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after **August 1, 2019.**

DATED this 6th day of May 2019.

U.S. ATTORNEY'S OFFICE

/s/
ROBERT KNIEF
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Robert.Knief@usdoj.gov
Attorney for the UNITED STATES

TANASI LAW OFFICES


/s/
RICHARD E. TANASI, ESQ.
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
rtanasi@tanasilaw.com
Attorney for LESLIE BRASS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-00124-JAD-GWF |
| *Plaintiff,* | **ORDER ON STIPULATION** |
| v. | |
| LESLIE BRASS, | |
| *Defendant.* | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the <u>**Sentencing Hearing**</u> in the above-captioned matter, now scheduled for **May 14, 2019**, at the hour of 11:00 a.m., be vacated and continued to August 12, 2019, at the hour of 11:00 a.m.

DATED this 6th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE