**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant Leslie Brass*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00124-JAD-GWF |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (Fifth Request) |
| v. | |
| LESLIE BRASS, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Robert Knief, United States Attorney, LESLIE BRASS, by and through her attorney, Richard E. Tanasi, Esq., that the **<u>Sentencing Hearing</u>** in the above-captioned matter, now scheduled for **August, 12 2019**, at the hour of 11:00 a.m., be vacated and continued to a time convenient for the Court after **January 1, 2020**.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Ms. Brass is currently in the hospital following a medical procedure, which included amputating her leg. Her current and future medical condition is yet to be determined. The undersigned is gathering records concerning the same.

2. Ms. Brass is out of custody and does not object to this continuance.

3. The additional time requested herein is not sought for purposes of delay.

- 1 -

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after **January 1, 2020.**

DATED this 31st day of July 2019.

U.S. ATTORNEY'S OFFICE

/s/
ROBERT KNIEF
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Robert.Knief@usdoj.gov
Attorney for the UNITED STATES

TANASI LAW OFFICES


/s/
RICHARD E. TANASI, ESQ.
rtanasi@tanasilaw.com
Attorney for LESLIE BRASS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave. Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-00124-JAD-GWF |
| *Plaintiff,* | **ORDER ON STIPULATION** |
| v. | |
| LESLIE BRASS, | |
| *Defendant.* | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the <u>**Sentencing Hearing**</u> in the above-captioned matter, now scheduled for **August 12, 2019**, at the hour of 11:00 a.m., be vacated and continued to January 13, 2020, at the hour of 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE
DATED: 8/2/2019